# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
## Transmittal of Abbreviated Record to the Court of Appeals

**DATE:** June 12, 2019

**DC #:** 16-524 (FAB)
**Prior USCA Case #:** 17-1346

**APPEAL FEE PAID:** YES ____ NO __X__

**CASE CAPTION:** USA v. Marrero-Pérez
Defendant: Josúe Marrero-Pérez (1)

**IN FORMA PAUPERIS:** YES __X__ NO ____

**MOTIONS PENDING:** YES ____ NO __X__

**NOTICE OF APPEAL FILED BY:** Defendant

**APPEAL FROM:** Amended Judgment entered on 05/30/19

**SPECIAL COMMENTS:** Electronically filed documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**

**Docket Entries  68, 69, 70 & 73**

I HEREBY CERTIFY that the enclosed documents contained herein are the pleadings as described above and constitute the abbreviated record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Appeals Clerk

s/c:  CM/ECF Parties, Appeals Clerk