IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **The United States of America** <br><br> Plaintiff, <br><br> v <br><br> **Josue Marrero-Perez** <br><br> Defendant. | CASE NUMBER <br><br> **16 CR 524-1 (FAB)** |

**Motion for Access to Document**

TO THE HONORABLE COURT:

NOW APPEARS defendant NUMBER 1, Josue Marrero-Perez, represented by the undersigned, who states and prays as follows:

The undersigned attorney was named to represent the defendant in his pending appeal of this case. The First Circuit case number is 19-1951.

Counsel was advised by court staff to request access to the Statement of Reasons, Docket Entry 71, filed May 29, 2019 from the court. The undersigned requests this honorable court grant access to the indicated restricted documents. The document will be used in preparation of the appeal.

Respectfully Submitted this fourth day of Sepetember, 2019.

1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that today, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will serve an electronic copy of this document on all parties.

RESPECTFULLY SUBMITTED from Rio Grande, Puerto Rico,Monday, March 25, 2019,

| | |
|---|---|
| /S/  RICK NEMCIK CRUZ | PO Box 43001, PMB 309 |
| USDC-PR Bar# 206809 | Río Grande, Puerto Rico 00745-6600 |
| Attorney for Defendant-Appellant | Telephone (505) 210-6117 |
| | E-mail:  rick.nemcik@nemcik.com |